IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MOISES RUIZ                                                                                          PLAINTIFF
#276110

V.                            Case No. 4:25-CV-00638-JM-BBM

PULASKI COUNTY REGIONAL
DETENTION FACILITY; CHELSEA
HAVELKA, Doctor, Pulaski County
Regional Detention Facility; WINSTON,
Doctor, Pulaski County Regional Detention
Facility; BOOTH, Nurse, Pulaski County
Regional Detention Facility                                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore. In response to the Recommended Disposition Plaintiff has filed objections along with a motion for Order and a Motion to Amend and Correct. Plaintiff includes some bare facts which support his claim. Plaintiff does not object to the dismissal of the Pulaski County Detention Facility. Accordingly, the Court will adopt the Recommended Disposition as to the dismissal of the Pulaski County Detention Facility but will refer the case back to Judge Moore for consideration of his remaining claim.

IT IS THEREFORE ORDERED THAT:

1. The Pulaski County Regional Detention Facility is TERMINATED as a party to this action.

2. The case is referred back to Judge Moore for consideration.

IT IS SO ORDERED this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MOISES RUIZ                                                                                              PLAINTIFF
#276110

V.                              Case No. 4:25-CV-00638-JM-BBM

PULASKI COUNTY REGIONAL
DETENTION FACILITY; CHELSEA
HAVELKA, Doctor, Pulaski County
Regional Detention Facility; WINSTON,
Doctor, Pulaski County Regional Detention
Facility; BOOTH, Nurse, Pulaski County
Regional Detention Facility                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1.      The Pulaski County Regional Detention Facility is TERMINATED as a party to this action.

2.      The Amended Complaint (Doc. 8) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

3.      The Court recommends that dismissal of this action be considered a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

4.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MOISES RUIZ #276110                                                                                          PLAINTIFF

V.                              Case No. 4:25-CV-00638-JM-BBM

PULASKI COUNTY REGIONAL
DETENTION FACILITY; CHELSEA
HAVELKA, Doctor, Pulaski County
Regional Detention Facility; WINSTON,
Doctor, Pulaski County Regional Detention
Facility; BOOTH, Nurse, Pulaski County
Regional Detention Facility                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE